**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1430

CAROLYN WELLS,

Plaintiff - Appellant,

versus

BAE SYSTEMS NORFOLK SHIP REPAIR, formerly
known as Norfolk Shipbuilding & Drydock
Corporation; JOHN DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, District
Judge. (2:05-cv-00573-RBS)

Submitted: October 11, 2007      Decided: October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carolyn Wells, Appellant Pro Se.   Thomas Michael Lucas, Kristina
Helen Vaquera, TROUTMAN & SANDERS, LLP, Virginia Beach, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Wells appeals the district court's order granting Defendant's summary judgment motion on her disability discrimination claims brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101-12213 (2000), and the Virginia Human Rights Act, Va. Code Ann. §§ 2.2-3900-2.2-3902 (2005). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wells v. BAE Sys. Norfolk Ship Repair, No. 2:05-cv-00573-RBS (E.D. Va. Apr. 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED